UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TREMAIN HOGAN,

    Plaintiff,

vs.

ANNETTE CHAMBERS SMITH, *et al.*,

    Defendants.

Case No. 3:23-cv-226

District Judge Michael J. Newman
Magistrate Judge Stephanie K. Bowman

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 5); (2) DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF WITHOUT PREJUDICE (Doc. No. 4); AND (3) DISMISSING ANY PART OF PLAINTIFF'S CLAIMS THAT SEEK IMMEDIATE OR SPEEDIER RELEASE FROM STATE CUSTODY OR MAY DIRECTLY CHALLENGE THE RESULTS OF PLAINTIFF'S POST-RELEASE CONTROL VIOLATION HEARING(S)**

---

    The Court has reviewed the Report and Recommendation of Magistrate Judge Stephanie K. Bowman (Doc. No. 5), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired.  Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge (Doc. No. 5) in its entirety; (2) **DENIES** Plaintiff's motion for injunctive relief without prejudice (Doc. No. 4); and (3) **DISMISSES** any part of Plaintiff's claims that seek immediate or speedier release from state custody or may directly challenge the results of Plaintiff's post-release control violation hearing(s).

    **IT IS SO ORDERED.**

Date:  October 16, 2023

s/ Michael J. Newman
Michael J. Newman
United States District Judge