UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TREMAIN HOGAN,

    Plaintiff,

vs.

ANNETTE CHAMBERS SMITH, *et al.*,

    Defendants.

Case No. 3:23-cv-226

District Judge Michael J. Newman
Magistrate Judge Stephanie K. Bowman

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 40); (2) DENYING PLAINTIFF'S CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS (Doc. No. 32); (3) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS (Doc. No. 27); (4) DISMISSING PLAINTIFF'S EQUAL PROTECTION CLAIM; (5) STAYING PLAINTIFF'S REMAINING PROCEDURAL DUE PROCESS CLAIMS; AND (6) DIRECTING PLAINTIFF TO FILE WRITTEN NOTICE AND A MOTION TO LIFT THE STAY WITHIN THIRTY DAYS AFTER THE PARALLEL STATE COURT CASE HAS BEEN CLOSED**

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Stephanie K. Bowman (Doc. No. 40), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge (Doc. No. 40) in its entirety; (2) **DENIES** Plaintiff's cross-motion for judgment on the pleadings (Doc. No. 32); (3) **GRANTS in part and DENIES in part** Defendant's motion to dismiss (Doc. No. 27); (4) **DISMISSES** Plaintiff's equal protection claim for failure to state a claim upon which relief can be granted; (5) **STAYS** Plaintiff's remaining procedural due process claims under *Morrisey v. Brewer* pending final resolution of Plaintiff's parallel case in state court; and (6) **DIRECTS** Plaintiff to file written notice and a motion to lift

the stay within thirty days after the parallel state court case has been closed.  Plaintiff is placed on notice that if he does not timely file a motion to lift the stay, this case may be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

  <u> July 2, 2024          </u>                        <u>s/ Michael J. Newman          </u>
                                                                          Michael J. Newman
                                                                          United States District Judge